IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRECISION ENGINEERING LTD., ) | |
| ) | |
| Plaintiff, ) | C.A. No. _____ |
| ) | |
| v. ) | |
| ) | |
| LORD CORPORATION and ) | |
| LORD FAR EAST, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Precision Engineering Ltd. hereby states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Of Counsel:
Troy S. Brown
Karen M. Klotz
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000

Dated: February 21, 2006

/s/ _____
Samuel A. Nolen (#971)
nolen@rlf.com
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
  *Attorneys for Plaintiff Precision Engineering Ltd.*