# United States District Court

District Of Delaware

| | | |
|---|---|---|
| PRECISION ENGINEERING LTD., | ) | **SUMMONS IN A CIVIL CASE** |
| Plaintiff, | ) | |
| | ) | C.A. No. _____ 06 - 110 |
| v. | ) | |
| LORD CORPORATION and | ) | JURY TRIAL DEMANDED |
| LORD FAR EAST, INC., | ) | |
| Defendants. | ) | |

TO:  Lord Far East, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

**Samuel A. Nolen, Esquire**
**Frederick L. Cottrell, III, Esquire**
**Alyssa M. Schwartz, Esquire**
**Richards, Layton & Finger, P.A.**
**One Rodney Square**
**Wilmington, DE 19899**
**Telephone: (302) 651-7700**

an answer to the complaint which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                             2-21-06

_____                     _____
CLERK                                       DATE

By DEPUTY CLERK

RLF1-2981867-1

• AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 2/21/06 | |
| NAME OF SERVER (PPJNT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: LORD FAR EAST, INC. C/O THE CORPORATION TRUST CO AT 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA (PROCESS AGENT)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/21/06
Date

*Signature of Server*

GRANVILLE MORRIS
BRANDYWINE PROCESS SERVERS, LTD

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure