IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRECISION ENGINEERING LTD., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 06-110-GMS |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| LORD CORPORATION and ) | |
| LORD FAR EAST, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Troy S. Brown and Karen M. Klotz of Morgan, Lewis & Bockius LLP to represent Plaintiff Precision Engineering Ltd. in this matter.

/s/ Samuel A. Nolen
Samuel A. Nolen (#971)
nolen@rlf.com

OF COUNSEL:

Troy S. Brown
Karen M. Klotz
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
*Attorneys for Plaintiff
Precision Engineering Ltd.*

Dated: March 2, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsels' motions for admission *pro hac vice* are granted this _____ day of March, 2006.

_____
United States District Judge

RLF1-2981754-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bars of Pennsylvania and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Troy S. Brown
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Dated: 2/21/06

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bars of Pennsylvania and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

*[signature]*
Karen M. Klotz
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Dated: February 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF. The foregoing document was also sent to the following non-registered participants in the manner so indicated:

### BY US MAIL

Lord Corporation
111 Lord Drive
Cary, NC 27511-7923

### BY HAND DELIVERY

Lord Far East, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-2986747-1