IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRECISION ENGINEERING LTD., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 06-110-GMS |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| LORD CORPORATION and ) | |
| LORD FAR EAST, INC., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF MAILING

Alyssa M. Schwartz declares as follows:

1.  I am an associate with the law firm of Richards, Layton & Finger, counsel to plaintiff Precision Engineering Ltd. in this action.

2.  Defendant Lord Corporation is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania, with corporate headquarters at 111 Lord Drive, Cary, North Carolina, 27511-7923.

3.  The Summons and Complaint in this action were served on defendant Lord Corporation on February 22, 2006, pursuant to 10 Del. C. § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing service on the Secretary of State, was filed with the Court on February 23, 2006.

4.  On February 22, 2006, copies of the Summons, Complaint, Rule 7.1 Disclosure Statement and Civil Case Information Statement were sent by registered mail to Lord Corporation, 111 Lord Drive, Cary, North Carolina 27511-7923, together with a notice stating that service of the original Summons and a copy of the Complaint was made upon the Delaware Secretary of State, and that under 10 Del. C. § 3104, such service is as effectual to all intents and

RLF1-2986807-1

purposes as if it had been made upon Lord Corporation personally within this State. See Exhibit A.

5. The registered mail return receipt shows that Lord Corporation received the registered letter and enclosed documents on February 27, 2006. See Exhibit B.

6. On February 23, 2006, copies of the Summons and Return of Service as filed with the Court, Complaint, Rule 7.1 Disclosure Statement and Civil Case Information Statement were sent by registered mail to Lord Corporation, 111 Lord Drive, Cary, North Carolina 27511-7923, together with a notice reiterating that service of the original Summons and a copy of the Complaint was made upon the Delaware Secretary of State, and that under 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon Lord Corporation personally within this State. See Exhibit C.

7. The registered mail return receipt shows that Lord Corporation received the registered letter and enclosed documents on February 27, 2006. See Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2006

Alyssa M. Schwartz (#4351)

# EXHIBIT A

RLF1-2967005-1

## RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

February 22, 2006

**VIA REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Lord Corporation
111 Lord Drive
Cary, NC 27511-7923

Re:  Precision Engineering Ltd. v. Lord Corporation and
     Lord Far East, Inc., U.S. District Court, District of Delaware
     C.A. No. 06-110

Dear Sir or Madam:

Precision Engineering Ltd. has filed a Complaint against you in the United States District Court for the District of Delaware.

Enclosed is a copy of the Summons, Complaint, Rule 7.1 Disclosure Statement and Civil Case Information Statement filed in this action. The original Summons and a copy of the Complaint were personally served upon the Secretary of State of the State of Delaware in compliance with 10 *Del. C.* § 3104. Such service is effectual for all intents and purposes as if it had been made upon you personally within the State of Delaware.

Please be advised that through this letter I am personally notifying you that a Complaint has been filed against you by Precision Engineering Ltd. as a result of your actions alleged in the Complaint. This letter will further serve to inform you that you have an obligation to answer the Complaint filed against you and that your failure to do so may result in a default judgment being entered against you.

Very truly yours,

Frederick L. Cottrell, III

FLC/lmg
Enclosures

RLF1-2981853-1

# EXHIBIT B

 **UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RA90 6722 195U S**
Detailed Results:

- **Delivered, February 27, 2006, 8:57 am, CARY, NC 27511**
- Arrival at Unit, February 27, 2006, 6:32 am, CARY, NC 27511
- Acceptance, February 22, 2006, 4:44 pm, WILMINGTON, DE 19801

( < Back )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

 POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved   Terms of Use   Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits | A. Received by (Please Print Clearly)    B. Date of Delivery<br>C. Signature<br>X  Dixm  □ Agent  □ Addressee<br>D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No |
| 1. Article Addressed to:<br><br>Lord Corporation<br>111 Lord Drive<br>Cary NC 27511-7923 | |
| | 3. Service Type<br>□ Certified Mail  □ Express Mail<br>☒ Registered  □ Return Receipt for Merchandise<br>□ Insured Mail  □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  □ Yes |
| 2. Article Number (Copy from service label)<br>RA 906 722 195 US | |
| PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952 | |

# EXHIBIT C

# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

February 23, 2006

**VIA REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Lord Corporation
111 Lord Drive
Cary, NC 27511-7923

    Re:   Precision Engineering Ltd. v. Lord Corporation and
          Lord Far East, Inc., U.S. District Court, District of Delaware
          C.A. No. 06-110

Dear Sir or Madam:

   Precision Engineering Ltd. has filed a Complaint against you in the United States District Court for the District of Delaware.

   Enclosed is a copy of the Summons and Return of Service, Complaint, Rule 7.1 Disclosure Statement and Civil Case Information Statement filed in this action. The original Summons and a copy of the Complaint were personally served upon the Secretary of State of the State of Delaware in compliance with 10 *Del. C.* § 3104. Such service is effectual for all intents and purposes as if it had been made upon you personally within the State of Delaware.

   Please be advised that through this letter I am personally notifying you that a Complaint has been filed against you by Precision Engineering Ltd. as a result of your actions alleged in the Complaint. This letter will further serve to inform you that you have an obligation to answer the Complaint filed against you and that your failure to do so may result in a default judgment being entered against you.

                                        Very truly yours,

                                        /s/ Alyssa M. Schwartz
                                        Alyssa M. Schwartz

AMS/lmg
Enclosures

RLF1-2984028-1

# EXHIBIT D



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RR36 6067 522U S**
Detailed Results:

- **Delivered, February 27, 2006, 8:57 am, CARY, NC 27511**
- Arrival at Unit, February 27, 2006, 6:32 am, CARY, NC 27511
- Acceptance, February 23, 2006, 5:13 pm, WILMINGTON, DE 19801

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ___  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Dixon    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Lord Corporation<br>111 Lord Drive<br>Cary NC 27511-7923 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   RR 366 067 522 US | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF. The foregoing document was also sent to the following non-registered participants in the manner so indicated:

**BY US MAIL**

Lord Corporation
111 Lord Drive
Cary, NC 27511-7923

**BY HAND DELIVERY**

Lord Far East, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Todd C. Schiltz
Wolf Block Schorr and Solis-Cohen LLP
Wilmington Trust Center, Suite 1001
1100 North Market Street
Wilmington, DE 19801

Alyssa M. Schwartz (#4351)
schwartz@rlf.com