UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRECISION ENGINEERING, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-110 (GMS) |
| | ) | |
| LORD CORPORATION and | ) | |
| LORD FAR EAST, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

The parties hereby stipulate and agree that, subject to the Court's approval, defendants Lord Corporation and Lord Far East, Inc. shall have until April 12, 2006 to move, answer or otherwise respond to the complaint.

_____
Todd C. Schiltz (#3253)
tschiltz@wolfblock.com
Wolf, Block, Schorr and Solis-Cohen, LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0312
Attorneys for Defendants

/s/ Alyssa M. Schwartz
Frederick L. Cottrell, III (#2375)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiffs

Troy S. Brown
Karen M. Klotz
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000

SO ORDERED this _____ day of _____, 2006.

_____
J.

WIL:57582.1/999999-999999

## CERTIFICATE OF SERVICE

I, Todd C. Schiltz, hereby certify that on the date noted below, a true and correct copy of the Stipulation to Extend Time to Respond to Complaint was served upon the following parties in the manner indicated below:

**BY HAND-DELIVERY**
Frederick L. Cottrell, III, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

**BY FIRST-CLASS MAIL**
Troy S. Brown
Karen M. Klotz
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Todd C. Schiltz (#3253)

Dated: March 10, 2006

WIL:57619.1/999999-999999