# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET

ALYSSA M. SCHWARTZ

WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

June 27, 2006

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for the
 District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

> Re:   **Precision Engineering Ltd. v. Lord Corporation and Lord Far East, Inc.
> C.A. No. 06-110**

Dear Judge Sleet:

        In accordance with the Court's June 19, 2006 Notice of Scheduling Conference, I
submit on behalf of all parties the Joint Status Report in preparation for the status and scheduling
teleconference with Your Honor on June 29, 2006 at 10:00 a.m. As always, if Your Honor has
any questions or would like to discuss any aspect of this matter, counsel remains available at the
Court's convenience.

                                Respectfully submitted,

                                Alyssa M. Schwartz

AMS:lmg

Enclosure

cc:   Clerk of the Court (By Electronic Filing;w/encl.)
      Todd C. Schiltz, Esq. (By Hand Delivery and Electronic Filing; w/encl.)
      Troy S. Brown, Esq. (By Electronic Mail; w/encl.)
      Karen M. Klotz, Esq. (By Electronic Mail; w/encl.)
      Frederick L. Cottrell, III, Esq.

RLF1-3031048-1