IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRECISION ENGINEERING LTD., | : |
| Plaintiff, | : C.A. No.: 06-110 (GMS) |
| v. | : |
| LORD CORPORATION and LORD FAR EAST, INC., | : |
| Defendants. | : **Jury Trial Demanded** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 28, 2006, true and correct copies of (1) Initial Disclosures of plaintiff Precision Engineering Ltd.; (2) First Set of Requests for Admission Directed to Defendant Lord Corporation; (3) First Set of Interrogatories Directed to Defendant Lord Corporation; (4) First Set of Requests for the Production of Documents Directed to Defendant Lord Corporation; (5) First Set of Requests for Admission Directed to Defendant Lord Far East, Inc.; (6) First Set of Interrogatories Directed to Defendant Lord Far East, Inc.; and (7) First Set of Requests for the Production of Documents Directed to Defendant Lord Far East, Inc. were served as noted:

**BY FEDERAL EXPRESS**

Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen, LLP
1100 North Market Street, Suite 1001
Wilmington, Delaware 19801

/s/ Signature

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 498-7752

*Attorneys for Plaintiff Precision Engineering Ltd.*

Of Counsel:

Troy S. Brown
Karen M. Klotz
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963.5001

Dated: June 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND DELIVERY

Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen, LLP
1100 North Market Street, Suite 1001
Wilmington, Delaware 19801

Alyssa M. Schwartz (#4351)
schwartz@rlf.com