# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

July 14, 2006

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for the
 District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re:   **Precision Engineering Ltd. v. Lord Corporation and Lord Far East, Inc.
      C.A. No. 06-110-GMS**

Dear Judge Sleet:

Enclosed please find the Proposed Scheduling Order for the above-captioned matter, which has been agreed to by all parties to this action. Counsel remains available should Your Honor have any questions.

Respectfully submitted,

Alyssa M. Schwartz (#4351)

AMS:lmg

Enclosure

cc:   Clerk of the Court (By Electronic Filing; w/encl.)
      Todd C. Schiltz, Esq. (By Hand Delivery and Electronic Filing; w/encl.)
      Troy S. Brown, Esq. (By Electronic Mail; w/encl.)
      Karen M. Klotz, Esq. (By Electronic Mail; w/encl.)
      Frederick L. Cottrell, III, Esq.

RLF1-3036897-1