IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRECISION ENGINEERING, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-110 (GMS) |
| ) | |
| LORD CORPORATION and ) | |
| LORD FAR EAST, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 28, 2006, I caused true and correct copies of Defendants' First Request for Admissions Directed to Plaintiff, Defendants' First Request for Production of Documents Directed to Plaintiff, Lord Corporation's First Set of Interrogatories Directed to Plaintiff and Lord Far East, Inc.'s First Set of Interrogatories Directed to Plaintiff to be served upon counsel of record in the manner indicated.

                                             Todd C. Schiltz (No. 3253)
                                             Wolf, Block, Schorr and Solis-Cohen LLP
                                             1100 North Market Street, Suite 1001
                                             Wilmington, DE 19801
                                             (302) 777-0312
                                             Attorney for Defendants

Date: July 28, 2006

WIL:60711.1

## CERTIFICATE OF SERVICE

I, Todd C. Schiltz, hereby certify that on July 28, 2006, I caused a copy of Notice of Service to be delivered to the following counsel of record in the manner indicated:

**BY HAND-DELIVERY**
Frederick L. Cottrell, III
Alyssa M. Schwartz
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**
Troy S. Brown
Karen M. Klotz
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

_/s/ Todd C. Schiltz_
Todd C. Schiltz (#3253)