# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

August 29, 2006

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

> Re:   Precision Engineering, Ltd. v. Lord Corporation and Lord Far East, Inc., C.A. No. 06-110-GMS

Dear Judge Sleet:

Enclosed for the Court's consideration is a stipulated protective order for the above-captioned matter. Counsel remains available should Your Honor have any questions.

Respectfully,

Alyssa M. Schwartz (#4351)

AMS:lmg

cc:   Clerk of the Court (by Electronic Filing and Hand Delivery)
      Todd C. Schlitz, Esq. (by Electronic Filing)
      Barry M. Klayman, Esq. (by Electronic Filing)

RLF1-3053156-1