IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRECISION ENGINEERING, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-110 (GMS) |
| | ) | |
| LORD CORPORATION and | ) | |
| LORD FAR EAST, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY RESPONSES

PLEASE TAKE NOTICE that on August 30, 2006, true and correct copies of the (a) Answers and Objections to Plaintiff's First Set of Interrogatories to Lord Corporation; (b) Response to First Set of Requests for Admission of Plaintiff Directed to Lord Corporation; (c) Response to First Set of Requests for Production of Documents of Plaintiff Directed to Lord Corporation, (d) Answers and Objections to Plaintiff's First Set of Interrogatories to Lord Far East, Inc.; (e) Response to First Set of Requests for Admission of Plaintiff Directed to Lord Far East, Inc.; and (f) Response to First Set of Requests for Production of Documents of Plaintiff Directed to Lord Far East, Inc., were served upon the following counsel of record at the address and in the manner indicated below:

- 2 -

**BY HAND-DELIVERY**
Frederick L. Cottrell, III
Alyssa M. Schwartz
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
Troy S. Brown
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

*/s/ Barry Klayman*
Todd C. Schiltz (No. 3253)
Barry M. Klayman (No. 3676)
Wolf, Block, Schorr and Solis-Cohen LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0312
Attorneys for Defendants

Date: August 30, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Defendants' Notice of Service of Discovery Responses to be served on the following counsel of record in the manner indicated:

**BY ECF/CM NOTICE AND HAND-DELIVERY**
Frederick L. Cottrell, III
Alyssa M. Schwartz
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**
Troy S. Brown
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Dated: August 30, 2006

Barry M. Klayman (#3676)

WIL:61676.1/LOR042-235203