## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRECISION ENGINEERING LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.:  06-110-GMS |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| LORD CORPORATION and | ) | |
| LORD FAR EAST, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 27, 2006, true and correct copies of Precision Engineering Ltd.'s (1) Responses and Objections to the First Set of Interrogatories of Defendant Lord Far East; (2) Responses and Objections to the First Set of Interrogatories of Defendant Lord Corporation; (3) Responses and Objections to the Requests for Admission of Defendants Lord Corporation and Lord Far East; and (4) Responses and Objections to the Requests for Production of Documents of Defendants Lord Corporation and Lord Far East were served as noted:

**BY ELECTRONIC MAIL AND FEDERAL EXPRESS**

Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen, LLP
1100 North Market Street, Suite 1001
Wilmington, Delaware 19801

Of Counsel:
Troy S. Brown
Karen M. Klotz
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone:  (215) 963-5000
Facsimile: (215) 963.5001

Dated:  September 28, 2006

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, 920 North King Street
Wilmington, Delaware  19801
Telephone: (302) 651-7700
Facsimile: (302) 498-7752

*Attorneys for Plaintiff Precision Engineering Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2006, I have caused the foregoing to be served by Hand Delivery which has also been filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen, LLP
1100 North Market Street, Suite 1001
Wilmington, Delaware 19801

Alyssa M. Schwartz (#4351)
schwartz@rlf.com