IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRECISION ENGINEERING LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-110-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| LORD CORPORATION and | ) | |
| LORD FAR EAST, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Kelly E. Farnan of Richards, Layton & Finger is substituted for Alyssa M. Schwartz of Richards, Layton & Finger, as counsel for Precision Engineering Ltd. Samuel A. Nolen, Frederick L. Cottrell, III and Richards, Layton & Finger continue to represent Precision Engineering Ltd. in this matter.

Of Counsel:

Troy S. Brown
Erin Rodgers Schmidt
Erica Smith-Kloeck
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000

/s/ Kelly E. Farnan
Samuel A. Nolen (#971)
nolen@rlf.com
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 498-7752
*Attorneys for Plaintiff*
*Precision Engineering Ltd.*

Dated: December 19, 2006

RLF1-3089011-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 19, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

**BY E-FILING AND HAND DELIVERY:**

Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen, LLP
1100 North Market Street, Suite 1001
Wilmington, Delaware 19801

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@rlf.com