

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

February 14, 2007

**VIA ELECTRONIC FILING
AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, Delaware 19801

    Re:    Precision Engineering Ltd. v. Lord Corp. and Lord Far
             East, Inc., C.A. No. 06-110-GMS

Dear Judge Sleet:

    In anticipation of the teleconference scheduled for February 16, 2007 at 10:00 a.m. in the above referenced matter, the parties submit the following list of items to be addressed by the Court:

- A joint request that all deadlines set forth in paragraphs 3, 4, 7, 10 and 11 of the Court's Scheduling Order entered on July 14, 2006 shall be extended by 90 days.

- A joint request that the Pretrial Conference shall be set for a date on or after January 15, 2008.

- A joint request that trial shall be set for a date on or after February 5, 2008.

    Prior to the teleconference, the parties will file a joint motion seeking the relief set forth above.

                                      Respectfully submitted,

                                      Todd C. Schiltz (#3253)

cc:    Clerk of the Court
        Frederick L. Cottrell, III, Esq.
        Troy S. Brown, Esq.

WIL:64407.1/LOR042-235203

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership