## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRECISION ENGINEERING, LTD., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-110-GMS |
| | : | |
| LORD CORPORATION and LORD | : | |
| FAR EAST, INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **1st** day of **March, 2007**,

IT IS ORDERED that the teleconference scheduled for Thursday, March 15, 2007 at 9:00 a.m. and the mediation conference scheduled for Tuesday, May 8, 2007 beginning at 9:00 a.m. are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE