IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRECISION ENGINEERING LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 06-110-GMS |
| | ) | |
| LORD CORPORATION and | ) | |
| LORD FAR EAST, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between plaintiff Precision Engineering, Ltd., and defendants Lord Corporation and Lord Far East, Inc., through their respective counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff's claims against defendants are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

*Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square,
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Plaintiff Precision Engineering, Ltd.*

/s/ Barry M. Klayman
Todd C. Schiltz (#3253)
tschiltz@wolfblock.com
Barry M. Klayman (#3676)
bklayman@wolfblock.com
Wolf, Block, Schorr and Solis-Cohen, LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0312
*Attorneys for Defendants Lord Corporation and Lord Far East, Inc.*

Dated: March 27, 2007